IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAWN RUSTAD-LINK, | CV 12–139–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PROVIDENCE ST. JOSEPH MEDICAL CENTER, NATHANIEL BUFFINGTON, M.D., and DOES A through Z, | |
| Defendants. | |

The parties having filed a stipulation for dismissal with prejudice,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. This case is CLOSED.

DATED this 3rd day of March, 2014.

_____
Dana L. Christensen, Chief District Judge
United States District Court